IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUL -7 PM 1:22

_____
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

JUAN DELABRA                                           05cr20249-1- *B*

## ORDER ON ARRAIGNMENT

This cause came to be heard on *July 6, 2005* the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME *Charles W. Medlin* who is Retained/**Appointed**.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his present bond.
✓ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

*S. Thomas Anderson*
UNITED STATES MAGISTRATE JUDGE

CHARGES - 21:846
conspiracy to distribute controlled substance

Attorney assigned to Case: T. Colthurst

Age: 42

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-8-05

14

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CR-20249 was distributed by fax, mail, or direct printing on July 8, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles Medlin
LAW OFFICE OF CHARLES MEDLIN
3555 Timmons Lane
Ste. 1444
Houston, TX 77027

Honorable J. Breen
US DISTRICT COURT