FILED BY_____D.C.

05 JUL -8 AM 8:59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### MEMPHIS DIVISION

UNITED STATES OF AMERICA    §
                            §
VS.                         §      NO. 2:05-MJ-00055-STA
                            §
                            §
JUAN DELABRA                §      05cr20249-1-B ✓

## ORDER

It is hereby ORDERED that Charles w. Medlin be allowed to proceed Pro Hac Vice

as the of attorney of record in this matter.

SIGNED on this ___7ᵗʰ___ day of ___July___ ,2005.

_____
JUDGE PRESIDING

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7-8-05

17

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20249 was distributed by fax, mail, or direct printing on July 8, 2005 to the parties listed.

---

Charles Medlin
LAW OFFICE OF CHARLES MEDLIN
3555 Timmons Lane
Ste. 1444
Houston, TX 77027

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT