IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG -4 AM 8: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                       No. 05-20249 B

JUAN DELABRA,

    Defendant.

## ORDER OF REFERENCE

Before the Court are the following motions filed August 3, 2005 by the Defendant, Juan Delabra: (1) Motion to Withdraw as Attorney of Record and Request for Appointment of Counsel and (2) Defendant's Application for Court Appointed Counsel. The motions are hereby referred to the United States Magistrate Judge for a Determination. Any exceptions to the Magistrate Judge's order shall be made by motion within ten (10) days after service of the order. Further, all exceptions shall be stated with particularity.

IT IS SO ORDERED this 3rd day of August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-4-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CR-20249 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Charles W. Medlin
LAW OFFICE OF CHARLES MEDLIN
2211 Norfolk
Ste. 735
Houston, TX 77098

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT