IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 16 AM 11:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      No. 05-20249-B/An

JUAN DELABRA,

    Defendant.

## ORDER OF REFERENCE

Before the court is Defendant's Motion to Dismiss Counsel from Record; Motion Requesting a Court Appointed Counsel for Representation filed on August 5, 2005.

This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections.

**IT IS SO ORDERED** this 16th day of August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-18-05

32



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CR-20249 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Charles W. Medlin
LAW OFFICE OF CHARLES MEDLIN
2211 Norfolk
Ste. 735
Houston, TX 77098

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT