IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:05-20249-BAn |
| | ) | |
| JUAN DELABRA | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is a Motion to Withdraw as Counsel for the Defendant filed by Charles W. Medlin, Attorney at Law, on August 3, 2005. For good cause shown, the motion is **GRANTED**. Attorney Charles W. Medlin is hereby permitted to withdraw as counsel for Defendant.

**IT IS SO ORDERED.**

_____
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 24, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-25-05

35

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CR-20249 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles W. Medlin
LAW OFFICE OF CHARLES MEDLIN
2211 Norfolk
Ste. 735
Houston, TX 77098

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT